# Court of Appeals
# of the State of Georgia

ATLANTA,  January 26, 2024

*The Court of Appeals hereby passes the following order:*

**A24E0041. GARFIELD CRAIGG v. DEBRA DEBERRY, SUPERIOR COURT CLERK OF DEKALB COUNTY.**

Upon consideration of the APPELLANT'S RULE 40(C) MANDAMUS in the above styled case, it is ordered that the motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  01/26/2024

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*